# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-1234

_____

MARCUS ADAM SNIPES,

Appellant,

v.

STATE OF FLORIDA, et al.,

Appellees.

_____

On appeal from the Circuit Court for Gulf County.
Devin D. Collier, Judge.

April 24, 2024

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and BILBREY and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Marcus Adam Snipes, pro se, Appellant.

Ashley Moody, Attorney General, and Julian E. Markham, Assistant Attorney General, Tallahassee, for Appellees.